IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLENE FLOCCO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-2084 |
| J.C. PENNEY CORPORATION, INC. | : | |

## ORDER

  **AND NOW**, this   30th   day of   August   , 2011, upon consideration of Plaintiff Marlene Flocco's Motion for New Trial (ECF No. 42), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

  **IT IS SO ORDERED.**

BY THE COURT:


_____
**R. BARCLAY SURRICK, J.**